# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDEX NATIONAL LTL, INC., et al.,<br><br>    Defendants.<br>_____ | CASE NO. CV09-5016 DSF (FFMx)<br><br>ORDER DISMISSING ACTION BY REASON OF SETTLEMENT<br><br>JS-6 |

    The Court has been advised by counsel that this action has been settled and it is not necessary that the action remain on the Court's calendar.

    Accordingly, it is ordered that the action is dismissed without prejudice. The Court retains jurisdiction for thirty days to vacate this Order and to reopen the action on a showing of good cause that the settlement has not been completed and further proceedings are necessary.

    IT IS SO ORDERED.

Dated: March 3, 2010

_____
Dale S. Fischer
United States District Judge