JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERTSON, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FEDEX NATIONAL LTL, INC., a Delaware corporation; FEDEX CORPORATION, a Delaware corporation; WATKINS MOTOR LINES, INC., a Florida corporation; and, DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CV09-05016 DSF (FFMx)<br><br>**ORDER UPON STIPULATION DISMISSING ACTION WITH PREJUDICE BY REASON OF SETTLEMENT**<br><br>Trial Date [Vacated]: April 5, 2011 |

Having read and considered the Stipulation of Plaintiff John Robertson and Defendant Watkins Motor Lines, Inc., and good cause appearing, the Court hereby orders as follows:

That the Court's Order dated March 3, 2011dismissing the action without prejudice shall be and hereby is vacated with good cause, and it shall be superseded by this Order.

That the herein action by Plaintiff John Robertson against Defendant Watkins Motor Lines, Inc., shall be and hereby is dismissed in its entirety as to Defendant Watkins Motor Lines, Inc. with prejudice. The March 3, 2011 Order of the Court is superseded by this Order.

That, Watkins Motor Lines, Inc. shall bear its own attorneys' fees and costs in connection with the proceedings before this Court; and Plaintiff shall bear his own attorneys' fees and costs incurred as to Watkins Motor Lines, Inc., in connection with the proceedings before this Court.

**IT IS SO ORDERED**.

Dated: 5/11/11

_____
Hon. Dale S. Fischer
United States District Judge